**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

CHESTER HOUSING AUTHORITY,     :   No. 635 MAL 2016

Petitioner

v.

STEPHEN POLAHA,

Respondent

: Petition for Allowance of Appeal from
: the **Unpublished Memorandum**
: **Opinion and Order** of the
: Commonwealth Court at No. 2391 CD
: 2015 entered on August 11, 2016,
: **affirming** the Order Entered of the
: Delaware County Court of Common
: Pleas at No. No. 2014-011837 entered
: on October 26, 2015

## ORDER

**PER CURIAM**            DECIDED: February 21, 2017

**AND NOW**, this 21st day of February, 2017, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** Petitioner's constitutional challenge. We **VACATE** that portion of the Commonwealth Court's order and **REMAND** for consideration in light of our decision in <u>Pennsylvania State Educ. Assoc. v. Commonwealth of Pennsylvania</u>, 148 A.3d 142 (Pa. 2016). Allocatur is **DENIED** as to all remaining issues. The application of the Philadelphia Housing Authority for leave to file an amicus brief in support of the Petition for Allowance of Appeal is **DENIED**.